# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| PRENTISS B. DAVIS, | ) | CASE NO. 5:17cv274 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| vs. | ) | |
| | ) | ORDER OF DISMISSAL |
| BOEING COMPANY, et al, | ) | |
| DEFENDANTS. | ) | |

Before the Court is the complaint of *pro se* plaintiff Prentiss B. Davis against his former employer, defendant Boeing Company. Plaintiff alleges that in February 2007, he fractured his back in a Boeing turnstile, causing permanent injury. He further alleges he has litigated this matter extensively in State of Washington courts and in the Federal Court of Claims, who are also defendants in this action. Plaintiff appears to assert that his employee classification at Boeing and his workers' compensation claim were improperly adjudicated by these courts. He seeks $32,000,000.00 in damages.

Plaintiff asks the Court to conduct an appellate review of the decisions of the State of Washington courts and the Federal Court of Claims in his cases, with which he disagrees. There is simply no jurisdictional basis for this Court to provide such review. Moreover, to the extent plaintiff is attempting to re-litigate the claims he unsuccessfully pursued in the State of Washington courts and the Federal Court of Claims, those claims are barred by the doctrine of *res judicata*. *See Kremer v. Chem. Constr. Corp.*, 456 U.S. 461, 466 n.6, 102 S. Ct. 1883, 72 L. Ed. 2d 262 (1982) (a final judgment on the merits of an action bars re-litigation between the

parties or their privies on issues that were or could have been raised in that action); *W.J. O'Neil Co. v. Shepley, Bullfinch*, *Richardson & Abbott, Inc.*, 765 F.3d 625, 630 (6th Cir. 2014) (same) (citation omitted). Finally, there are no allegations in the complaint reasonably suggesting plaintiff might have any arguable and timely claims for relief against defendant Boeing Company or the courts. *See Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999) (complaint is subject to summary dismissal when claim is not arguably plausible) (citations omitted).

Based on the foregoing, this action is dismissed.

**IT IS SO ORDERED**.

Dated: April 10, 2017

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**